*1034 525 U. S. 843;
525 U. S. 1068;
525 U.S. 1056;
525 U. S. 1122;
525 U. S. 934;
525 U. S. 972;
525 U. S. 1123;
525 U. S. 1074;
525 U. S. 1077;
525 U. S. 1078;
*1035 No. 98-6784.
No. 98-6928.
No. 98-7016.
No. 98-7291.
No. 98-7357.
No. 97-9068.
No. 98-6148.
525 U. S. 1081;
525 U.S. 1084;
525 U. S. 1125;
525 U. S. 1101; and
525 U. S. 1128. Petitions for rehearing denied.
525 U.S. 835. Motion for leave to file petition for rehearing denied.
525 U. S. 1107. Motion of petitioner to proceed further herein in forma pauperis granted. Petition for rehearing denied.